**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| LOIS WHITE | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:25-cv-4184 |
| | ) | |
| v. | ) | Honorable Matthew F. Kennelly |
| | ) | |
| BRINKER RESTAURANT | ) | |
| CORPORATION, d/b/a "CHIL'S BAR & | ) | |
| GRILL," a Virginia corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff, LOIS WHITE, and Defendant, BRINKER RESTAURANT CORPORATION, hereby jointly stipulate and agree to the voluntary dismissal of this matter, including any and all pending claims in this matter, with prejudice and without cost to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: September 9, 2025        Respectfully submitted,

LOIS WHITE        BRINKER RESTAURANT CORPORATION.

By: */s/ Angela C. Spears*       By: */s/ Erica Bury*
Angela C. Spears       Erica Bury
CASS LAW GROUP, P.C.       JACKSON LEWIS P.C.
20015 S. LaGrange Rd #1098       150 N. Michigan Ave., Suite 2500
Frankfort, IL 60423       Chicago, IL 60601
T: (872) 329-4844       T: (312) 787-4949
E: aspears@casslawgroup.com       E: erica.bury@jacksonlewis.com

*Counsel for Plaintiff*       *Counsel for Defendant*